UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

ALVIN PETERSON, DERRICK BONDS,
and LORENZO FORD,

                      Plaintiffs,

  -against-                                          9:02-CV-1559
                                                        (LEK/DRH)

NORMA PERYEA, ITS II, Clinton Correctional
Facility; SHARRON SANTERRE, Gen.
Industrial Training Supervisor, Clinton
Correctional Facility; PATRICIA SMITH,
Senior Ind. Supt., Clinton Correctional Facility;
DANIEL SENKOWSKI, Superintendent,
Clinton Correctional Facility; GLENN S. GOORD,
Commissioner, NYS Dept. of Correctional Services;
JAMES T. HOFFMAN, Asst. Dir. for Admin.,
Corcraft Products; and JOHN W. CONROY, Director,
Corcraft Products,

                      Defendants.

## **DECISION AND ORDER**

      This matter comes before the Court following a Report-Recommendation filed on August 19, 2005 by the Honorable David R. Homer, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York.

      Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," Fed. R. Civ. P. 72(b), in compliance with L.R. 72.1. In the interval of at least 15 days since the Magistrate Judge filed the subject Report-Recommendation, no objections to it have been raised. Furthermore, after examining the

1

record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

Accordingly, it is hereby

ORDERED, that the Report-Recommendation is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

ORDERED, that Defendants' motion for summary judgment is **GRANTED** as to all claims and all defendants; and it is further

ORDERED, that the case is **DISMISSED** in its **ENTIRETY**; and it is further

ORDERED, that the Clerk serve a copy of this order on all parties.

IT IS SO ORDERED.

DATED:       September 20, 2005
             Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge